David S. Blau (Bar No. 166825)
Ron Nelson (Bar No. 130722)
BLAU & ASSOCIATES, P.C.
6080 Center Drive, Suite 550
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net
ron@blaulaw.net

Attorneys for Plaintiff,
AMERICAN SAFETY INDEMNITY COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FITCH CONSTRUCTION CORPORATION, and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 10-8936-VBF (AJWx)<br><br>[Honorable Valerie Baker Fairbank]<br><br>**JUDGMENT**<br><br>Action Filed: November 19, 2010<br>Trial Date: None Set |

The Court, having considered all moving papers, and having GRANTED Plaintiff American Safety Indemnity Company's ("ASIC") Application for Entry of Default Judgment, based on the following express findings included verbatim from its Minute Order dated June 16, 2011:

> Plaintiff American Safety Indemnity Company ("ASIC") is an insurance company seeking a declaratory judgment against Fitch Construction Corporation ("Fitch AZ"), declaring that ASIC has no duty to make defense or indemnity payments stemming from a California state court suit over disputed construction work. Taking the allegations in the Complaint as true for purposes of this Motion, Plaintiff's Application and Complaint provide adequate record to find that the disputed construction work in California was outside the scope of the Plaintiff ASIC's insurance contract with Defendant Fitch AZ, and therefore that Plaintiff is entitled to declaratory judgment that it shall have no duty to make

defense or indemnity payments under the contract in the specified litigation in California state court.

**[Heading Omitted]**

Plaintiff ASIC sufficiently establishes that it contracted to provide liability insurance for Defendant Fitch AZ, and that Plaintiff ASIC did not contract to provide liability insurance for Fitch Plastering Corporation of California ("Fitch CA"), an entity unrelated to Defendant Fitch AZ that is run by the brother of the owner of Fitch AZ. Fischer Decl. ¶¶ 4, 10. Plaintiff demonstrates that Defendant Fitch CA was sued by other parties in California state court for disputed construction work in California, under a contract that incorrectly listed Plaintiff ASIC as the insurer of Fitch CA. Fischer Decl. ¶ 10. Plaintiff ASIC shows that its liability insurance contract with Defendant Fitch AZ did not cover the disputed construction in California because (a) the construction work was done by Fitch CA, and Fitch AZ provided no record of taking part in the construction, and (b) in the alternative, if Fitch AZ worked on the construction together with Fitch CA, Fitch AZ was not covered by the insurance policy because an undisclosed joint venture with Fitch CA would not be covered under the contract. Fischer Decl. ¶¶ 12-15.

Plaintiff further shows that an actual and justiciable controversy exists because the construction dispute resulted in a default judgment against Defendant Fitch AZ in California state court, and in that litigation Defendant Fitch AZ represented that it worked on the disputed project, which Plaintiff states was part of an improper attempt to bring the disputed project under the ASIC insurance contract. Fischer Decl. ¶ 19.

hereby ORDERS and ADJUDGES that –

(1) ASIC presently has and in the future will have no duty to make any defense payment in connection with the Underlying Action;

(2) ASIC presently has and in the future will have no duty to make any indemnity payment in connection with the Underlying Action; and

(3) ASIC is entitled to recover costs in the sum of $551.39.

**IT IS SO ORDERED.**

DATED: June 28, 2011

_____
Honorable Valerie Baker Fairbank
United States District Court Judge